**Order entered August 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00588-CV

**TRANSCONTINENTAL REALTY INVESTORS, INC., Appellant**

**V.**

**ORIX CAPITAL MARKETS LLC, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15428**

## ORDER

We **GRANT** the July 30, 2014 motion of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. We **ORDER** the reporter's record tendered to this Court on July 30, 2014 filed as of that date.

/s/     ADA BROWN
          JUSTICE